CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Tyler A. Brown (State Bar No. 121350)
Corina C. Gallardo (State Bar No. 331466)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Tyler.Brown@jacksonlewis.com
E-mail: Corina.Gallardo@jacksonlewis.com
Attorneys for Defendant
The Culinary Institute of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br>Plaintiff,<br>v.<br>THE CULINARY INSTITUTE OF AMERICA, a New York Nonprofit Corporation,<br>Defendants. | Case No.: 4:21-cv-05647-YGR<br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 22,2021 CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: December 22,2021 JACKSON LEWIS P.C.

By: /s/ Corina C. Gallardo
Tyler A. Brown
Corina C. Gallardo
Attorneys for Defendant
The Culinary Institute of America